MICHELE BECKWITH
Acting United States Attorney
CHRISTINA McCALL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
FEB 10 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

SHAWKI HAMMOUD,
aka Chouki Hammoud,
aka Chouki Hamoud,

        Defendant.

CASE NO. 2:21-CR-180 JAM

[PROPOSED] ORDER TO FILE REDACTED COPY OF REVISED AFFIDAVIT AND RESTRICT PUBLIC ACCESS TO ECF NO. 9

    The government's motion to restrict public access to ECF No. 9 (the unredacted original affidavit) in this case is GRANTED. The government's motion to publicly file a redacted copy of the Revised Affidavit in support of extradition is GRANTED. The Clerk is directed to restrict the Unredacted Revised Affidavit to Court personnel only and then file a redacted affidavit on the public docket. The government's request to provide the unredacted copy of the affidavit to authorities in the United Kingdom, in support of the request to extradite the defendant, is GRANTED.

Dated: February 10, 2025

                                              HON. CHI SOO KIM
                                              United States Magistrate Judge